IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-2008-AP**

**MELINDA M. MELENDEZ,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

       Plaintiff's Unopposed Motion and Application for an Award of Attorneys Fees under the Equal Access to Justice Act, 28 U.S.C. §2412 (doc. #23), filed March 17, 2014, is **GRANTED**. In consideration thereof, it is

       **ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$7,500**.

       Dated at Denver, Colorado, this 19th day of March, 2014.

                                  BY THE COURT:

                                  *S/John L. Kane*
                                  JOHN L. KANE, SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT